STATE OF NEW JERSEY v. WILLIE COX.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD JOHNSON.

November 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF Z.R.

November 18, 1985.

Petition for certification denied.

JOAN ANTOINETTE MCELROY v. NEW JERSEY BELL
TELEPHONE COMPANY.

November 19, 1985.

Petitions for certification denied.